IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JOHN GEORGESON AND MARGARET GEORGESON, | |
|---|---|
| Plaintiffs, | 8:18-CV-324 |
| vs. | JUDGMENT |
| AMERICAN EXTERIORS, LLC, et al., | |
| Defendants. | |

Pursuant to the parties' joint Stipulation to Dismiss with Prejudice (filing 28), this case is dismissed with prejudice.

Dated this 14th day of February, 2019.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge